MICHELE BECKWITH
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  9916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant United States Food and Drug Administration

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>　　　　　Defendant. | No. 2:25-cv-0250-DAD-CKD (PS)<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Good cause having been shown,

　　IT IS HEREBY ORDERED that:

　　1. Defendant's motion for extension of time (ECF No. 6) is GRANTED; and

　　2. Defendant shall have until, and including, March 26, 2025, to file a response to Plaintiff's Complaint.

　　IT IS SO ORDERED.

Dated:  February 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE