UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER,<br><br>                  Plaintiff,<br><br>       v.<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION,<br><br>                  Defendant. | No.  2:25-cv-00250-DAD-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br>(Doc. Nos. 9, 14) |

Plaintiff Mark Baker proceeding *pro se*, initiated this civil action by filing his complaint with this court on January 21, 2025.  (Doc. No. 1.)   This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 9) be granted without leave to amend because amendment would be futile.  (Doc. No. 14.)  Specifically, the magistrate judge concluded that plaintiff lacks standing to pursue this FOIA action.  (*Id.* at 5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 5.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.   The findings and recommendations issued on August 19, 2025 (Doc. No. 14) are adopted in full;

2.   Defendant's motion to dismiss for lack of jurisdiction (Doc. No. 9) is granted without leave to amend; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 12, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE